**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GEORGE HENRY WHALEY, JR., | : | Civil No. 1:25-CV-01118 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 25th day of March, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 55, is **ADOPTED IN PART**.

2) Plaintiff's objections, Doc. 61, are **OVERRULED**.

3) This action is **DISMISSED WITH PREJUDICE**.

4) Plaintiff's motions, Docs. 47, 50, & 53, are **DENIED AS MOOT**.

5) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
